# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GERALD WASHINGTON,       :   No. 43 EM 2017

           Petitioner       :

         v.             :

COURT OF COMMON PLEAS       :
PHILADELPHIA COUNTY       :
PENNSYLVANIA, CRIMINAL DIVISION,   :

           Respondent       :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 31st day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.